# Rankin & Taylor

## Attorneys at Law

_____

11 Park Place, Suite 914                                      David@DRMTLaw.com
New York, NY 10007                                            Phone: 212-226-4507
                                                              Fax: 212-658-9480

**VIA ECF ONLY**

March 3, 2014

Hon. Judge Ronnie Abrams
United States District Court Judge
Thurgood Marshal
United States Court House
40 Foley Square
New York, NY 10007

      Re:    Edgardo Maldonado v. The City of New York, et al.
                11-CV-3514 (RA)

Dear Honorable Judge Abrams:

      Our office represents the plaintiff in the above entitled action. We are currently scheduled for a pretrial conference on March 6, 2014 at 11:00 am. We make this application to adjourn that conference to either March 10, 2014 at 4:00 pm or March 11, 2014 at 4:30 pm, or some other date at the court's convenience. Your Honor's Chambers indicated that potentially Friday March 14, 2014 would be available, but defendant's counsel is unavailable that day. The defendant's have given their consent to this first request.

      Unfortunately, the undersigned is currently scheduled to be in a settlement conference in the matter of Perry v. The City of New York, 13-cv-04139 before Magistrate Judge Gold in the Eastern District of New York when our conference is currently scheduled.

      Thank you for your consideration of this request.

                                                                   Very best regards,

                                                                     David B. Rankin