UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LILIAN DIAZ as the administrator of the
estate of EDGARDO MALDONADO,

                                Plaintiff,

                               -v-

THE CITY OF NEW YORK; New York City
Police Department ("NYPD") Detective
("DET.")RICHARD ALVAREZ
(Shield No. 01415), Officer ("P.O.") GUILLERMO GIL
(Shield No. 00719), P.O. JOSE SANDOBAL
(Shield No. 02208), DET. JOHNPAUL SLATER
(Shield No. 06994), Sergeant ("SGT.") MARK SILEY
(Shield No. 03441); New York City Department of
Correction ("NYDOC") Captain ("CPT.") RICHARD
ROE, and Corrections Officer ("C.O.") JOHN DOE, (the
names Richard Roe and John Doe being fictitious, as the
true names are not presently known), in their individual
and official capacities,

                                Defendants.
------------------------------------------------------------------x

**NOTICE OF MOTION TO APPROVE SETTLEMENT**

11-CV-3514 (RA)(HBP)

      PLEASE TAKE NOTICE that by the instant notice of motion, with accompanying supporting declarations and memorandum of law, as well as any opposition papers and any replies thereto duly filed with the Court, the undersigned on behalf of plaintiffs will move the Court at a time and date convenient to the Court, for an order in the form attached hereto approving the proposed settlement in this action.

Dated:      New York, New York
             September 18, 2014

                                        Respectfully submitted,

                              By:
                                 David B. Rankin
                                 Rankin & Taylor, PLLC
                                 11 Park Place, Suite 914
                                 New York, NY 10007
                                 t: 212-226-4507